# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELORIS R. HURTADO,**<br>    Plaintiff,<br>        v.<br>**KI YOUNG CHUNG, ET AL.,**<br>    Defendants. | Case No. 4:22-cv-02811-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

TO PLAINTIFF AND PLAINTIFF'S COUNSEL OF RECORD:

Plaintiff commenced this disability access action on May 12, 2022 and was granted an extension to serve the defendants by September 9, 2022. (Dkt. Nos. 1 & 14.) Based upon the affidavits of service, defendants Ki Young Chung and Sarah Chung appear to have been served by substituted service on July 24, 2022. (Dkt. Nos. 17-18.) Aside from the filing of the certificates of service with the Court on September 8, 2022, no other action has occurred to date since the 113 days that the defendants were allegedly served.

Accordingly, plaintiff is **HEREBY ORDERED TO SHOW CAUSE** in writing by **no later than November 18, 2022** why this case should not be dismissed for failure to prosecute. Failure to timely respond to this order to show cause will result in a dismissal of this action without prejudice and without further notice.

**IT IS SO ORDERED.**

Dated: November 14, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE