UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELORIS R. HURTADO,**<br>        Plaintiff,<br><br>    v.<br><br>**KI YOUNG CHUNG, ET AL.,**<br>        Defendants. | Case No. 4:22-cv-02811-YGR<br><br>**ORDER SETTING ORDER TO SHOW CAUSE HEARING** |

The Court set a compliance deadline to obtain an update from the parties on their compliance with General Order 56. The parties filed an update, requesting a case schedule, even though proceedings are stayed in this case. The filing shows the parties' non-compliance with the procedural and substantive requirements of General Order 56 and this Court's Standing Order in Civil Cases. Per General Order 56, the joint site inspection should have occurred by January 21, 2023—approximately 60 days from when default was set aside and it was apparent the defendants had been served. That inspection has still not occurred, has not been scheduled, and an extension was never requested. This Court's Standing Order in Civil Cases requires any extensions of deadlines set forth in General Order 56 to be made no later than one week in advance of the deadline and must be supported by a concrete and particularized showing of good cause.

**In light of the foregoing, the parties shall appear IN PERSON at 8:00 a.m. on March 3, 2023** so that the Court can determine what, if any sanctions are warranted for failure to comply with the Court's Standing Order and the District's General Order. Finally, the Court intends to inquire whether the parties are interested in stipulating to the jurisdiction of a magistrate judge for all purposes including trial.

**IT IS SO ORDERED.**

Dated: February 24, 2023

                                            _____
                                            **YVONNE GONZALEZ ROGERS**
                                            **UNITED STATES DISTRICT JUDGE**