UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELORIS R. HURTADO,**<br><br>        Plaintiff,<br><br>    vs.<br><br>**KI YOUNG CHUNG, SARAH CHUNG, AND DOES 1-10,**<br><br>        Defendants. | CASE NO. 4:22-cv-02811-YGR<br><br>ORDER OF CONDITIONAL DISMISSAL |

Parties filed a notice that a settlement has been reached in this action and that parties intend to file a stipulation to dismiss. (Dkt. No. 38.) Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within one hundred twenty (120) days from the date of this Order, that the case should be reopened this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: March 28, 2023

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE